**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

TAKO WALLY,

Petitioner,

26 **CIVIL** 8303 (DEH)

-against-

**JUDGMENT**

KENNETH GENALO, et al.,

Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 29, 2026, Petition is GRANTED and that Petitioner be released from custody. Accordingly, judgment is entered in favor of Petitioner.

**DATED:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**

______________________________
**Clerk of Court**

**BY:** ______________________________
**Deputy Clerk**